UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

THE BOARDS OF TRUSTEES OF THE WEST
MICHIGAN PLUMBERS, FITTERS & SERVICE
TRADES LOCAL UNION NO. 174 PENSION        Case No.:  1:07 CV 0068
PLAN, MONEY PURCHASE PENSION PLAN
AND HEALTH AND BENEFITS PLAN

       Plaintiffs,

                                     Hon. Hugh W. Brenneman, Jr.
vs.                                 Magistrate Judge

ALTERNATIVE MECHANICAL, LLC

       Defendant.

---

## STIPULATION AND ORDER ALLOWING
## PLAINTIFFS' FIRST AMENDED COMPLAINT

The parties by and through their counsel stipulate and agree that Plaintiffs' Motion for Leave to File First Amended Complaint may be granted.

Dated: September 5, 2007               /s/ Brian T. Lang
                                                         Brian T. Lang (P63250)
                                                         Anthony J. Kolenic, Jr. (P28429)
                                                         WARNER NORCROSS & JUDD LLP
                                                          Attorneys for Plaintiffs
                                                         900 Fifth Third Building, 111 Lyon St., NW
                                                         Grand Rapids, MI   49503-2487400
                                                         (616) 752.2000

Dated: September 5, 2007               /s/ Timothy J. Ryan by permission
                                                         Timothy J. Ryan (P 40990)
                                                         Todd R. Knecht (P35362)
                                                         Ryan Lykins Im, PLC
                                                         Attorneys for Defendant
                                                         44 Grandville Avenue, SW, Suite 270
                                                         Grand Rapids, MI 49503
                                                         (616) 454.9541

# ORDER

IT IS HEREBY ORDERED that Plaintiffs are granted leave to file their First Amended Complaint.

Entered: September 5, 2007

/s/ Hugh W. Brenneman, Jr.
Hon. Hugh W. Brenneman, Jr.
Magistrate Judge

MK185901-1